DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELYSEE ST. LOUIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2224

[October 31, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2002-CF-000892-AXXX-MB.

Elysee St. Louis, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***